#### WILLIAMS v. LEEDS.

In book debt, if the account shown on *oyer*, be less than £20 although the demand in the declaration may be more, no appeal lies.

THIS was an action of book debt, which came up by appeal from the Court of Common Pleas.

Mr. Wait and Mr. Coit, now pleaded in abatement of the appeal: — That the matter in demand before the Court of Common Pleas was less than £20 — for that the plaintiff's book produced on *oyer* and on trial, consisted of one article only, of the amount of £9 — and that no account was exhibited by the defendant on trial, both parties being present.

By the COURT. No appeal lies in this case.— The statute does not admit an appeal from the judgment of the Court of Common Pleas, unless the value of the debt, damage, or matter in dispute, exceed the value of £20. See Thomson v. Wales, *ante*, 35.— This is an action of debt by book, and although the declaration alleges — That the defendant owes £30, by book, to the plaintiff, yet it appears by the pleadings, that the book produced in court on *oyer*, in evidence of the plaintiff's demand, contained only one article, charged at £9; which is the proper evidence of the value of the debt in dispute, and shows that it does not amount to the value that entitles to an appeal. The statute ought not to be eluded by anything alleged in the declaration.

DYER, J., dissenting.  If it be alleged in a declaration, that the defendant owes more than £20 and more be demanded, and the general issue pleaded, the sum demanded then becomes the matter in dispute;— and though the plaintiff be not able to make out more than £5 on trial, or produces a book for no more than £10 yet the challenge being for more than £20 the appeal lies.  The jurisdiction of the court ought to appear from the declaration, and not to rest on such uncertain footing.  In the action of book debt, the defendant has right to bring in his demand against the plaintiff, to what amount he pleases.  This cause set out with a declared dispute of more than £20, and on trial, the plaintiff shows less; yet the court cannot know but that the dispute may, notwithstanding, terminate in a much larger sum, by the demand of the defendant:— Therefore, the jurisdiction, or right of appeal, must depend on the declaration and demand, and not on the trial.